UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-mc-80920-RLR

IN RE: Grand Jury 05-02 (WPB)
07-103 (WPB)
_____/

**NOTICE OF APPEARANCE**

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, noticing this Honorable Court that the undersigned will appear as counsel on the above captioned matter.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: */s/ Manolo Reboso*
Manolo Reboso
Assistant United States Attorney
Florida Bar No. 75397
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9318
Email: Manolo.Reboso@usdoj.gov