UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80920-MC-SMITH

IN RE: Grand Jury 05-02 (WPB)
07-103 (WPB)
_____/

## ORDER GRANTING MOTION TO UNSEAL GRAND JURY TRANSCRIPTS

This cause is before the Court on the United States' Expedited Motion to Unseal Grand Jury Transcripts and Modify Protective Order [DE 6]. The United States seeks to unseal the grand jury materials in this case and publicly release them, as well as lift any preexisting protective orders that would prevent the Department of Justice from releasing the materials. The Government moves pursuant to the recently enacted Epstein Files Transparency Act, 139 Stat. 656 (2025) (the "Act"). The Act requires the Attorney General to make publicly available "all unclassified records, documents, communications, and investigative materials in the possession of the Department of Justice" that relate to Jeffrey Epstein and Ghislaine Maxwell. *Id.* § 2(a).

The Government previously sought to unseal the grand jury transcripts. That request was denied because it violated Federal Rule of Criminal Procedure 6 and the Government failed to show that disclosure was appropriate under any of the exceptions set out in Rule 6(e)(3). Under Rule 6(e), a government attorney is prohibited from disclosing a matter before the grand jury, unless the rules provide otherwise. Rule 6(e)(3)(E) then sets out limited enumerated exceptions to the secrecy requirement.

In its instant motion, the Government argues that the newly enacted Act overrides Rule 6(e)'s prohibition on the public disclosure of the grand jury transcripts in this matter. In support of its position, the Government cites *Savage Services Corp. v. United States* for the proposition

"that more recent or specific statutes should prevail over older or more general ones." 25 F.4th 925, 933 (11th Cir. 2022) (quoting *Tug Allie-B, Inc. v. United States*, 273 F.3d 936, 941 (11th Cir. 2001)).  The Act applies to unclassified records, documents, communications, and investigative materials that relate to Jeffrey Epstein and Ghislaine Maxwell.  Consequently, the later-enacted and specific language of the Act trumps Rule 6's prohibition on disclosure.  Accordingly, it is

**ORDERED** that United States' Expedited Motion to Unseal Grand Jury Transcripts and Modify Protective Order [DE 6] is **GRANTED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 5th day of December, 2025.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:   All counsel of record